UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Kejriwal Paper USA, Ltd.
               Plaintiff(s),

    -v-

HAH Logistics, USA, LLC, et. al.

               Defendant(s).
-------------------------------------------------------X

**Case Management Plan**

08 CV 9871 (RMB)

DATE FILED: 4/7/09

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by June 7, 2009

(ii) Amend the pleadings by May 7, 2009

(iii) All discovery to be **expeditiously** completed by August 7, 2009

(iv) Consent to Proceed before Magistrate Judge  Yes

(v) Status of settlement discussions, too distant to be resolved at this time. Settlement with principals on 8/12/09 @ 10:00

Sections vi through xi will be set at conference with the Court.

(vi) Motions by 4/28/09; 5/12/09; 5/19/09 on submission

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____


SO ORDERED:  New York, New York
                4/7/2009

                                         RMB
                                Hon. Richard M. Berman, U.S.D.J.